# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1536

_____

United States of America

*Plaintiff - Appellee*

v.

Brien Leroy Watson, Jr., also known as Brian Watson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 16, 2021
Filed: July 21, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Brien Watson appeals after the district court[1] revoked his supervised release and sentenced him to 11 months in prison. His counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Watson, as it properly considered the applicable 18 U.S.C. § 3553(a) factors, see 18 U.S.C. § 3583(e); there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. White Face, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision); and the sentence was within the advisory Guidelines range, and below the statutory limit, see 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.